UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-684 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN T. HELQUIST,<br>Defendant,<br>PROCTOR FEDERAL CREDIT UNION,<br>Garnishee. | **GARNISHMENT ORDER** |

TO: Kevin T. Helquist, defendant at 614 East First Street, Duluth, Minnesota 55805, Proctor Federal Credit Union, garnishee at 410 Second Avenue, Proctor, Minnesota 55801

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about December 22, 2003.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about December 24, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $5,680.77 in checking.

On or about December 22, 2003, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a

FILED JAN 27 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on December 22, 2003, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: 1/26/04

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge